from Trial Term, New York County. Action by Lambert Dekker against Richey, Brown & Donald. From a judgment for plaintiff, and an order denying a motion for a new trial, defendant appeals. Reversed, and new trial ordered, unless plaintiff accept a reduced amount, in which event the judgment is affirmed, as so modified. T. H. Lord, of New York City, for appellant. Henry Leon Slobodin, of New York City, for respondent.

PER CURIAM. The judgment and order should be reversed, and a new trial ordered, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $3,500, in which event, judgment, as so modified, affirmed, and order affirmed, without costs; the reason being that in the opinion of the court the verdict as rendered must have been based upon a finding that the plaintiff suffered tuberculosis as a result of the accident, and, if the jury did so find, it was against the weight of evidence. The other injuries were not sufficiently severe, in the opinion of the court, to justify a larger recovery than the amount to which the judgment should be reduced as before indicated. Ordered accordingly.

---

DELEVAN et al. v. NEW YORK, N. H. & H. R. CO. et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Tompkins C. Delevan and others against the New York, New Haven & Hartford Railroad Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 17.

---

DE MESQUITA v. HERBERT KAUFMAN CO. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Julius B. De Mesquita against the Herbert Kaufman Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 1113.

---

DEMPSEY, Respondent, v. MORSE DRY DOCK & REPAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Michael Dempsey against the Morse Dry Dock & Repair Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 139 N. Y. Supp. 1121.

---

DEMPSEY, Respondent, v. MORSE DRY DOCK & REPAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1913.) Action by Michael Dempsey against the Morse Dry Dock & Repair Company. No opinion. Motion denied, without costs. See, also, 139 N. Y. Supp. 1121.

---

DE NEGRO v. CHRISTMAN. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Amina De Negro against Chas. A. Christman. No opinion. Application denied, with $10 costs. Order signed.

139 N.Y.S.—71

See, also, 77 Misc. Rep. 147, 136 N. Y. Supp. 364.

---

DICKINSON, Appellant, v. HILLSINGER, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Arthur L. Dickinson against Charles Hillsinger.

PER CURIAM. Judgment affirmed, with costs.

LYON, J., dissents.

---

DI DOMENICO, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Amelia Di Domenico, as administratrix, etc., of Salvatore Di Domenico, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 140 App. Div. 942, 125 N. Y. Supp. 1117.

LYON, J., not voting.

---

DIETZ v. STRAUSS. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Julius Dietz against Louis Strauss. No opinion. Application granted. Order signed.

---

DRAHMS, Appellant, v. GOETZ, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Emma F. Drahms against Anna Goetz. No opinion. Judgment and order affirmed, with costs.

---

DRUMMOND, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Action by Francis Drummond against the City of New York and others. L. Leale, of New York City, for appellants. R. H. Roy, of Brooklyn, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents as to the city.

---

DUDLEY, Appellant, v. RAYMOND, Respondent. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Guilford Dudley, as ancillary administrator, etc., against Harry Raymond. W. M. Beard, of New York City, for appellant. D. P. Hays, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of Dudley v. Raymond, 148 App. Div. 886, 133 N. Y. Supp. 17.

INGRAHAM, P. J., dissents. Order filed.